UNITED DRILL & TOOL CORPORATION, formerly Whitman & Barnes, Inc., Appellant and Cross-Appellee, v. ALLIED PRODUCTS CORPORATION, Appellee and Cross-Appellant.

Nos. 7980, 7981.

Circuit Court of Appeals, Sixth Circuit.

March 15, 1938.

Whittemore, Hulbert & Belknap, of Detroit, Mich., for appellant.

Barnes, Kisselle, Laughlin & Raisch, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The appeal and cross appeal is, upon the stipulation of the parties by their respective counsel, hereby docketed and the appeal and cross appeal, 21 F.Supp. 186, dismissed pursuant to said stipulation without costs to either party.

UNITED STATES of America v. BOARD OF COUNTY COMMISSIONERS OF PAWNEE COUNTY, OKLAHOMA.

No. 1690.

Circuit Court of Appeals, Tenth Circuit.

April 11, 1938.

Chester A. Brewer, Asst. U. S. Atty., of Tulsa, Okl.

Horace Ballaine, County Atty., of Pawnee, Okl., for appellee.

Before PHILLIPS, BRATTON, and WILLIAMS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America v. BOARD OF COUNTY COMMISSIONERS OF PAWNEE COUNTY, OKLAHOMA.

No. 1691.

Circuit Court of Appeals, Tenth Circuit.

April 11, 1938.

Chester A. Brewer, Asst. U. S. Atty., of Tulsa, Okl.

Horace Ballaine, County Atty., of Pawnee, Okl., for appellee.

Before PHILLIPS, BRATTON, and WILLIAMS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America, Appellant, v. Mrs. Edna Hogan BRYANT, Administratrix of the Estate of Ernest Floyd Hogan, and Mrs. Ellen Stultz Hogan, Beneficiary, Appellees.

No. 7410.

Circuit Court of Appeals, Sixth Circuit.

March 9, 1938.

Horace Frierson, Jr., U. S. Atty. and A. O. Denning, Asst. U. S. Atty., both of Nashville, Tenn., and Julius C. Martin, Wilbur C. Pickett and Young M. Smith, all of Washington, D. C., for appellant.

Roberts & Roberts, of Nashville, Tenn., for appellees.

Before HICKS and ALLEN, Circuit Judges, and DRUFFEL, District Judge.

PER CURIAM.

It appearing that there was substantial evidence that the veteran Ernest Floyd Hogan became permanently and totally disabled during the life of the war risk policy sued on, and it further appearing that the question of whether he became totally and permanently disabled on July 15, 1919, or between that date and October 1, 1924, was not properly preserved